No. 25-20068

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

JOHN E. HALL,
  Plaintiff–Appellant,

v.

EXPERIAN Et Al and EASY PAY LOAN
  Defendants–Appellees.

APPELLANT'S MOTION TO SUPPLEMENT THE RECORD ON
APPEAL PURSUANT TO RULE 10(e)(2)(B)

TO THE HONORABLE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT:

COMES NOW, Appellant JOHN E. HALL, Pro Se, pursuant to Rule 10(e)(2)(B) of the Federal Rules of Appellate Procedure, and respectfully moves this Court for an order supplementing the record on appeal with material evidence that was omitted from the district court record due to procedural constraints, but which is critical to the full and fair adjudication of the appellate issues. In support of this Motion, Appellant would show the Court the following:

1. MATERIALS TO BE SUPPLEMENTED

Appellant seeks to supplement the record on appeal with the following five (6) documents which were not filed in the district court record, but which are directly relevant to the discovery stay, denial of access to investigatory evidence, and spoliation of disputed credit records:

1. 1. Email from Experian Attorney Zahn, dated December 5, 2024, instructing Experian employees not to provide any credit information to Plaintiff. Supports credit violations and RICO claims.
2. 2. Email from Experian Attorney Zahn, dated December 5, 2024, stating no information should be provided to Plaintiff due to the discovery stay imposed by the district court. Supports credit violations and RICO claims.
3. 3. Email from Plaintiff, dated November 11, 2024, requesting Attorney Zahn to investigate the Credit Acceptance Account and Student Loan Account for inaccurate reporting. Supports credit violations and RICO claims.
4. 4. Email from Plaintiff to Tjaworski@reliant-cap.com, dated June 20, 2025, requesting the name of the Easy Pay Leasing representative or attorney who referred disputed file 20054322 to Reliant Capital without notice. Reliant's contact number: 866-837-5096. Supports credit violations and RICO claims.
5. 5. A copy of the Easy Pay Leasing invoice listing a non-existent office location in Portland, Oregon, used as a return address for disputed collection correspondence. Supports credit violation laws and RICO claims.
6. 6. A copy of the lawsuit 4:25-cv-02000 dated May 2, 2025 Hall v. Ellison et al (showing ex-parte communication outside the court jurisdiction between Judge Hoyt and Judge Ellison pertaining to 24: 4-cv-02882.

2. LEGAL JUSTIFICATION

Federal Rule of Appellate Procedure 10(e)(2)(B) permits supplementation of the record when a material omission occurs, or when evidence is required to clarify or support the issues on appeal. The documents identified above are

probative of Appellant's claims that critical information regarding disputed credit accounts and communications with opposing counsel were improperly withheld under the guise of a discovery stay. These communications further demonstrate spoliation of evidence, fraudulent concealment of investigative records, and ongoing efforts by Experian and associated parties to circumvent investigatory obligations under the Fair Credit Reporting Act. **Plaintiff has attached said documents for the Court's review.**

3. PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests that this Court grant his Motion to Supplement the Record on Appeal to include the above-referenced five (5) documents and assign appropriate ROA citations upon inclusion, or in the alternative, permit Appellant to submit these materials in a supplemental appendix subject to approval.

Respectfully submitted,

/s/ John E. Hall
John E. Hall, Pro Se
Appellant

easypay leasing
PO Box 1719
Portland, OR 97207-1719

*[handwritten: "5" / "NO Address Deceptive Trade Practices"]*

## Account Summary

| | |
|---|---|
| Invoice Number | 2480545 |
| Account Number | 8204218781 |
| Due Date | 05/10/2024 |
| Payment Amount Due | $129.36 |
| Past Due Payment Amount | $1,801.04 |
| Total Payment Amount | $1,930.40 |

**Amount Remitted**

JOHN HALL
17818 RUNNING BROOK LN
SPRING, TX 77379

Mail Payments To:
EasyPay Leasing
PO Box 208404
Dallas, TX 75320-8404

051024 000000000008204218781 10 3 0000193040 5

---

Please detach and return the top portion of this statement with your payment.

### Summary of Account

| | |
|---|---|
| Statement Date | 04/29/2024 |
| Account Number | 8204218781 |
| Maturity Date | 03/14/2025 |
| Current Fee Balance | $0.00 |
| Current Late Charges Balance | $65.00 |
| Payments since last bill | $0.00 |

Questions? Call Customer Service:
1-800-447-6215

Please send billing inquiries and correspondence to:
PO Box 1719
Portland, OR 97207-1719

### Payment Information

| | |
|---|---|
| Lease Billing Due | $124.36 |
| Past Due Amount | $1,801.04 |
| Total Current Due Amount | $1,930.40 |
| Payment Due Date | 05/10/2024 |

**Late Payment Warning:** If we do not receive your minimum payment by 05/20/2024, you may be assessed a late fee.

### Transactions

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| | | Fees | .00 |
| 2024-04-22 | 2024-04-22 | LATE CHARGE | $5.00 |



IN ACCORDANCE WITH SECTION 362(a) OF THE BANKRUPTCY CODE, IF YOU FILED A BANKRUPTCY PETITION, THIS STATEMENT IS FOR COMPLIANCE AND INFORMATIONAL PURPOSES ONLY.

Attention New York City Consumers: The City of New York requires that we request your preferred language. To notify us of your preferred language, please contact us at 1-800-447-6215 during the hours of 6 A.M. to 7 P.M. PST Monday to Friday, Saturday 6 A.M. to Noon PST. Please understand that we only have the capability to communicate with you in English.

Subject: File 20054322
To: [Tjaworski@reliant-cap.com <Tjaworski@reliant-cap.com>]
From: Jay Hall <jayearl2007@yahoo.com>
Date: Fri, Jun 20, 2025 at 10:00 AM

Re: File 20054322

Yahoo Mail: Search, Organize, Conquer

June 20, 2025

GM, Mr Jaworski

Can you forward me ASAP the name of the EasyPay Leasing representative or attorney who sent you this file on May 5, 2025 in order to validate this matter for the appeal court this morning.

Thank you,
Mr Hall

Re: File 20054322

Yahoo Mail: Search, Organize, Conquer

On Fri, Jun 20, 2025 at 10:00 AM, Jay Hall



← **RE: HALL v Experian**

Zahn, Steve　　12/5/24

To: Me & 1 more

Dr. Hall

Our client made us aware that you have asked for a phone call. Please direct all issues to our law firm, and not our client. Jovanni Villa, copied here, will respond to any requests. We prefer email as it is easier for us to file. Please email him your concerns and feel free to copy me.

Thank you.

**Steve Zahn**
Counsel

Write a reply...

| Delete | Reply | Reply all | Forward | More |

Subject: RE: HALL v Experian
To: [null <Steve.Zahn@troutman.com>]
From: Jay Hall <jayearl2007@yahoo.com>
Date: Thu, Dec 5, 2024 at 11:46 AM

Yes, I'm awaiting my amended complaint motion. Enjoy the holidays.

On Thu, Dec 5, 2024 at 11:43 AM, Zahn, Steve <Steve.Zahn@troutman.com> wrote:

> Dr. Hall
>
> I stand corrected. Jessica Ring is handling this matter.
>
> The court has stayed this matter while it considers our motion to dismiss. Please send your concerns or questions to Ms. Ring via email.
>
> **Steve Zahn**
> Counsel
>           **pepper**
>
> steve.zahn@troutman.com
>
> From: Zahn, Steve
> Sent: Thursday, December 5, 2024 11:48 AM
> To: Jay Hall <jayearl2007@yahoo.com>
> Cc: Villa, Jovanni <Jovanni.Villa@troutman.com>
> Subject: HALL v Experian
>
> Dr. Hall
>
> Our client made us aware that you have asked for a phone call. Please direct all issues to our law firm, and not our client. Jovanni Villa, copied here, will respond to any requests. We prefer email as it is easier for us to file. Please email him your

11-11-24

Case# 4:24-cv-02882

Dear Attorney Zahn,

Re: Two Addition Disputes

Please remove Credit Acceptance from my credit report based on fraud. Also please remove the student loan account based on inaccurate information. Fact check. Student loans made be deferred for only one year. The student loan account has accumulated interest for 14 years without a payment in violation of the Dept. of Education regulations. Therefore, this account as placed on my credit report was reported inaccurately. Please provide me with who Experian spoke to at the student loan department over the last 14 years.

Respectfully,

Dr Hall

United States District Court
Southern District of Texas

**ENTERED**
May 02, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

John E Hall
    Plaintiff

Civil Action No. 4:25-cv-02000

v.

Keith P Ellison, et al.
    Defendant

## ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES

1. Counsel shall appear for an initial pretrial and scheduling conference before

### JUDGE KENNETH HOYT
### on August 18, 2025 at 09:30 AM
### by telephone

2. Counsel shall file with the clerk within fifteen days from receipt of this order a certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. If a group can be specified by a general description, individual listing is not necessary. <u>Underline the name of each corporation whose securities are publicly traded</u>. If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then each counsel shall promptly file an amended certificate with the clerk.

3. Fed. R. Civ. P. 4(m) requires defendant(s) to be served within 90 days after the filing of the complaint. The failure of plaintiff(s) to file proof of service within 90 days after the filing of the complaint may result in dismissal of this action by the court on its own initiative.

4. After the parties confer as required by Fed. R. Civ. P. 26(f), counsel shall prepare and file not less than 10 days before the conference a joint discovery/case management plan containing the information required on the attached form.

5. The court will enter a scheduling order and may rule on any pending motions at the conference.

6. Counsel who file or remove an action must serve a copy of this order with the summons and complaint or with the notice of removal.