Troutman Pepper Locke LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201



troutman.com

**Thomas F. Loose**
D 214.740.8744
F 214.756.8744
tom.loose@troutman.com

**VIA ELECTRONIC SERVICE**
Lyle W. Cayce
Clerk of the United States District Court
Of Appeals for the Fifth Circuit
600 S. Mestri Place, Suite 115
New Orleans, LA 70130

    Re:    John E. Hall (Appellant) v. Experian Information Solutions, et al. (Appellees)
             Court of Appeals Docket #: 25-20068
             Appellees Request for Level One Briefing Extension

Dear Mr. Cayce:

Appellees Experian Information Solutions, Inc., City of Houston, IC Systems, Easy Pay Loans, Jefferson Capital Systems, LLC misidentified as Jefferson Capital Collection Agency, City of Pearland, the United States Department of Education, and the Honorable L. Korduba, by their respective counsel, respectfully request a Level 1 extension of 30 days to file appellee's brief.

This letter serves to request an extension and provide the additional information requested by the Court.

Appellees have not previously sought an extension in this Court. All Appellees join in the requested extension. The Appellant opposes the extension. Appellees' brief is currently due by July 13, 2025. Appellees' counsel requires additional time to complete its briefing in this matter.

Appellee's appellate counsel for Experian is transitioning from the firm and filed today a motion to withdraw. The law firm of Troutman Pepper Locke has identified replacement appellate counsel who has filed a notice of appearance in this matter. That substituted appellate counsel for Experian has signed and filed this request.

In addition, Experian's lead litigation counsel was out of the country until Sunday with limited connectivity. Lead litigation counsel has now returned and is working with the newly identified appellate counsel to prepare a response brief.

In addition, all appellees are collaborating in an effort to file two or three joint briefs in an effort to increase efficiency. An extension for all appellees will permit this collaboration which will increase efficiency in briefing, simplifying this matter and preserving judicial resources.



July 8, 2025
Page 2

---

Therefore, Appellee Experian Information Solutions, Inc., on behalf of and in conjunction with all Appellees, requests a 30-day extension to Appellees' briefing deadline from July 13, 2025, to August 12, 2025.

Respectfully Submitted:

/s/ Thomas F. Loose

| | |
|---|---|
| Tom F. Loose<br>**Troutman Pepper Locke LLP**<br>2200 Ross Avenue, Suite 2800<br>Dallas TX 75201<br>Tom.loose@troutman.com<br>Direct: 214.740.8744<br>*Counsel for Experian Information Solutions* | Donald B. Hightower<br>**City of Houston**<br>900 Bagby Street, Legal Department<br>Houston, TX 77002<br>Email: donald.hightower@houstontx.gov<br><br>Michelle Charlene Taylor<br>**City of Houston**<br>900 Bagby Street, 3rd Floor<br>Houston, TX 77002<br>Direct: 832-393-6248<br>Email: michelle.taylor2@houstontx.gov<br>*Counsel for Houston Police Internal Affairs Investigator and City of Houston* |
| Eugene Xerxes Martin, IV<br>**Martin Golden Lyons Watts Morgan, P.L.L.C.**<br>8750 N. Central Expressway, Suite 1850<br>NorthPark Central<br>Dallas, TX 75231<br>Direct: 214-346-2630<br>Fax: 214-346-2631<br>Email: xmartin@mgl.law<br>*Counsel for IC Systems and Easy Pay Loans* | Whitney L. White<br>**Sessions, Israel & Shartle, L.L.C.**<br>900 Jackson Street, Suite 440<br>Dallas, TX 75202<br>Direct: 214-741-3001<br>Fax: 214-741-3098<br>Email: wwhite@sessions.legal<br>*Counsel for Jefferson Capital Systems, LLC misidentified as Jefferson Capital Jefferson Capital Collection Agency* |

troutman pepper locke

July 8, 2025
Page 3

| | |
|---|---|
| Ghazal Asrar Vahora, Attorney<br>**Stephens Reed & Armstrong, P.L.L.C.**<br>12234 Shadow Creek Parkway, Suite 350<br>Pearland, TX 77584<br>Telephone: 281-489-3934<br>Fax: 281-506-8693<br>Email: ghazal@srapllc.com<br>*Counsel for City of Pearland* | Lisa Luz Parker<br>**U.S. Attorney's Office**<br>**Southern District of Texas**<br>1000 Louisiana Street<br>Houston, TX 77002<br>Email: lisa.luz.parker@usdoj.gov<br>*Counsel for Department of Education* |
| Rachel Susan Fraser<br>**Harris County Attorney's Office**<br>1019 Congress Street<br>Houston, TX 77002<br>Direct: 713-274-5383<br>Email: rachel.fraser@harriscountytx.gov<br>*Counsel for Judge L. Korduba* | |